IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FRANK SOLIS**  **PLAINTIFF**
**ADC #159752**

V.  CASE NO. 3:21-CV-53-DPM-BD

**WELLPATH MEDICAL,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Frank Solis, an inmate at the Northeast Arkansas Community Correction Center, filed this civil rights lawsuit without the help of a lawyer. (Doc. No. 2) Mr. Solis claims that Defendants are liable for delays in the delivery of his prescribed testosterone injections. (Doc. No. 2)

As written, the complaint does not state a federal claim for relief. Before the case can proceed, Mr. Solis must file an amended complaint that states how he was harmed by the delay in receiving his injections. And, to proceed with claims against WellPath Medical, he must identify an unconstitutional policy or practice that caused delays.

Mr. Solis has 30 days to file an amended complaint that includes the missing information, as set out above. If he does not amend his complaint, his claims will likely be dismissed.

IT IS SO ORDERED, this 8th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE