IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FRANK SOLIS
#159752                                                                PLAINTIFF

v.                          No. 3:21-cv-53-DPM

WELLPATH MEDICAL; PANELL,
Nurse, NEACCC; and MAPES,
Warden, NEARCCC                                                       DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 7*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Solis's complaint and amended complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 May 2021