IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FRANK SOLIS
#159752                                                                                      PLAINTIFF

v.                              No. 3:21-cv-53-DPM

WELLPATH MEDICAL; PANELL,
Nurse, NEACCC; and MAPES,
Warden, NEARCCC                                                                   DEFENDANTS

## JUDGMENT

Solis's complaint and amended complaint are dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

11 May 2021